**DISMISSED and Opinion Filed March 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00603-CV**

## IN THE INTEREST OF J.F.B. AND B.J.B, CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-52750-2008**

## MEMORANDUM OPINION
Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Bridges

Appellant's brief has not been filed despite appellant being cautioned, by postcard dated November 12, 2018, that failure to file the brief by November 26, 2018 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1); 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180603F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.F.B. AND B.J.B, CHILDREN

No. 05-18-00603-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-52750-2008.
Opinion delivered by Justice Bridges. Justices Partida-Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JODI KAY BLANCETT recover her costs, if any, of this appeal from appellant MICHAEL BRADLEY BLANCETT.

Judgment entered March 11, 2019.